# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2962
LT Case No. 05-2006-CF-014693-A

———————————————

LAMAR ANTON STANLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

Lamar Anton Stanley, Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


May 19, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and SOUD, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————